UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS

WEST CLARK                                  NO. 18-00140-BAJ-EWD

### ORDER

Before the Court are Defendant's **Motion To Modify Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A) (Doc. 52), Motion for Amended Judgment (Doc. 76), Motion for Compassionate Release (Doc. 84)**, and **Motion to Dismiss Count One of Bill of Information (Doc. 96) (collectively, "the Motions")**, all bearing on his custody status. Federal Bureau of Prisons (BOP) records indicate that since filing his Motions, Defendant has been released from BOP custody.

Accordingly,

**IT IS ORDERED** that Defendant's **Motions (Doc. 52; Doc. 76; Doc. 84; Doc. 96)** be and are hereby **DENIED AS MOOT**.

Baton Rouge, Louisiana, this 4th day of December, 2025

JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA